# United States District Court

For The Northern District Of New York
Binghamton Division

--------------------------------------------- X

Sara-Judith: Yarbrough, Beneficiary
(Sui Juris – In Propia Persona)

*Plaintiff*

-v-

1. BROOME COUNTY, NEW YORK
2. TOWN OF BARKER, NEW YORK
3. JASON T. GARNAR
4. MICHAEL T. DECKER
5. ROBERT G. BEHNKE
6. JOSEPH A. MIHALKO
7. JOSEPH F. CAWLEY
8. JUDY OSBURN
9. EDWARD BEECHER
10. FREDERICK J. AKSHAR II
11. DANIEL J. REYNOLDS
12. STEPHEN J. FLAGG
13. SCOTT D. BAKER
14. KELLY F. WILDONER
15. KIM A. MYERS
16. GREG W. BLADWIN
17. MATTHEW J. PASQUALE
18. JASON E. SHAW
19. MATTHEW J. HILERBRANT
20. ERIN V. MICHA
21. SUSAN V. RYAN
22. LOUIS P. AUGOSTINI
23. ROBERT WESLAR
24. MARY A. KAMINSKY
25. MARK R. WHALEN
26. MEL MANASSE & SON ACTIONEERS
27. ROBERT D. VOORHIS

*Defendants*

--------------------------------------------- X

JUN 6 2023 PM 2:49

CIVIL ACTION No.   3:23-cv-671   (AMN/ML)

REQUEST FOR JURY: NO

REQUEST FOR ARTICLE III COURT



# VERIFIED COMPLAINT AND REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**I.** The Parties to This Complaint:

    **A.** The Plaintiff:

        **Sara-Judith: Yarbrough, Beneficiary**
        c/o 52 Alexander Road
        Chenango Forks, Broome County
        New York 13746

    **B.** Defendants:

| 1. BROOME COUNTY, NY | 2. TOWN OF BARKER, NY | 3. JASON T. GARNAR |
|---|---|---|
| Municipal Corporation | Incorporated Town | Broome Co. Executive |
| 60 Hawley Street 6th Floor | 155 Hyde Street | 60 Hawley Street 6th Floor |
| Binghamton, Broome Co. | Whitney Point, Broome | Binghamton, Broome Co. |
| New York 13902 | New York 13862 | New York 13902 |
| (607) 778-2109 | (607) 648-6961 | (607) 778-2044 |
| **4. MICHAEL T. DECKER** | **5. ROBERT G. BEHNKE** | **6. JOSEPH A. MIHALKO** |
| Broome Co. Real Property | Broome Co. Attorney | Broome Co. Clerk |
| 60 Hawley Street 6th Floor | 60 Hawley Street | 60 Hawley Street 6th Floor |
| Binghamton, Broome Co. | Binghamton, Broome Co. | Binghamton, Broome Co. |
| New York 13902 | New York 13902 | New York 13902 |
| (607) 778-2124 | (607)778.2117 | (607)778-2451 |
| **7. JOSEPH F. CAWLEY** | **8. EDWARD BEECHER** | **9. FREDERICK J. AKSHAR** |
| Broome Co. Judge | Town of Barker Justice | Broome Co. Sheriff |
| 155 Hyde Street | 155 Hyde Street | Binghamton, Broome Co. |
| Whitney Point, Broome | Whitney Point, Broome | 155 Lt Vanwinkle Dr, |
| New York 13862 | New York 13862 | Binghamton, NY 13905 |
| (607) 240-5804 | (607) 648-6961 | (607) 778-1911 |
| **10. DANIEL J. REYNOLDS** | **11. MARK R. WHALEN** | **12. STEPHEN J. FLAGG** |
| Broome Co. Legislator | Broome Co. Legislator | Broome Co. Legislator |
| 60 Hawley Street 6th Floor | 60 Hawley Street 6th Floor | 60 Hawley Street 6th Floor |
| Binghamton, Broome Co. | Binghamton, Broome Co. | Binghamton, Broome Co. |
| New York 13902 | New York 13902 | New York 13902 |
| (607) 778-2131 | (607) 778-2131 | (607) 778-2131 |

**13. SCOTT D. BAKER**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**14. KELLY F. WILDONER**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**15. KIM A. MYERS**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**16. GREG W. BLADWIN**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**17. MATTHEW J. PASQUALE**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**18. JASON E. SHAW**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**19. LOUIS P. AUGOSTINI**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**20. ROBERT WESLAR**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**21. MARY A. KAMINSKY**
Broome Co. Legislator
60 Hawley Street 6th Floor
Binghamton, Broome Co.
New York 13902
(607) 778-2131

**22. MEL MANASSE & SON**
Broome Co. Auctioneers
12 Henry Street
Whitney Point, Broome
New York 13862
(607) 692-4327

**23. ROBERT VOORHIS**
Individual
38 Alexander Road
Chenango Forks, Broome
New York 13746
Telephone Unknown

**II.    JURISDICTION: FEDERAL QUESTION Pursuant to the following:**

- Original U.S. Constitution Art 6 Cl 2
- Bill of Rights A 1, 4, 5, 6, 9, 10
- STATUTE OF FRAUDS
- 16 AM JUR 2d 97, 98, 114, 117, 155, 177; 255, 256, 257, 258, 260
- Title 42 USC 1983, 1985, 1986
- Title 18 USC 2071, 2076
- Title 18 USC 241, 242
- Title 18 USC 872, 876, 880
- Title 18 USC Ch 96
- Title 18 USC 1962; 1964
- Title 18 USC 2381
- Title 5 USC 556, 557, 706

- Mawbery vs Madison 5 U.S. 137 (1803)
- Cohen vs Virginia 19 U.S. (6 Wheat.) 264 (1821)
- Bryars v United States 273 U.S. 28
- Mudook v Pennsylvania 319 U.S. (1943)
- Shuttlesworth v. City of Birmingham 373 U.S. 262 (1963)
- Owen v Independence 445 U.S. 622 (1980)
- Main v Thiboutot 448 U.S. 1 (1980)
- Bryars v United States 273 U.S. 28 (1927)
- Boyd v United States 116 US 616
- Miranda v Arizona 384 US 436
- Norton v Shelvy County 118 USR 425
- Bary v United States 273 US 128
- The Holy Bible

### III. REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1.  Broome County and its officers have unlawfully sold/conveyed my private property consisting of a plot of land of 3.45 Acres and attachments located at 52 Alexander Road Chenango Forks, New York (Broome County Tax Map No. 049.03-2-21) to defendant Robert D. Voorhis. The Broome County Sheriff shall enforce a 'NOTICE TO VACATE" at the earliest on the 8th Day of June of the Year of Our Lord Two thousand twenty-three (see attachment). Pursuant to Rule 65 of the Federal Rules of Civil Procedure, I, Sara-Judith: Yarbrough, Beneficiary, hereby request the Northern District of New York to immediately issue a TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION to prevent further property rights infringement/ impingement and further personal injury.

2.  I am currently living at the premises in dispute; I am a Veteran of the Iraq War with a 100% Permanent service-connected disability with proclivity to episodes of anxiety when in distress as well as Post Traumatic Stress Disorder. A show of force and/or commotion due to enforcement of the WARRANT of Eviction by the Broome County Sheriff may exacerbate my health condition as well as further inflicting emotional distress. The request for said order would be directed to: BROOME COUNTY

SHERIFF, FREDERICK J. AKSHAR II at 155 Lt Vanwinkle Drive; Binghamton, NY 13905 - Telephone (607)778-1911.

## IV.                BOND

I shall issue and post my own bond using my Exemption to ensure the defendant(s) financial risk is mitigated once the Court has indulged my request for a Temporary Restraining Order and Preliminary Injunction.

## V.         STATUS OF PLAINTIFF RE CLAIM

1.   I, Sara-Judith: Yarbrough, am the Beneficiary of the Contract, The Original United States Constitution. Without exception and waving any of my Rights, I, Sara-Judith: Yarbrough, Beneficiary, hereby claim ALL my inherent - God given - Rights protected under the U.S. Constitution as well as my Civil Rights and any Rights that would benefit me under International Treaty(s). I invoke an Article III court, and accept for value the Oath of Office of the appointed Judge and/or Magistrate, the Clerk of the Court and any/all officers of the Court. As a Beneficiary of the Contract, I claim performance of the Oath of Office. Being a Beneficiary, I hereby appoint the United States District Court for the Northern District of New York as trustee for these proceedings.

2.   I must inform the Court that I am a Secured Party and Creditor and have liened all my Rights and collateral as stipulated in the current Private Security Agreement, recorded in the New York Commercial Registry under UCC 201809308446800, UCC No. 202205098220656, and UCC 202205178235375. The defendants have been duly notified, warned, and advised of my claim, assertion and possession of my ALL my Rights which are my property by including an AFFIDAVIT OF STATUS AS SECURED PARTY & CREDITOR - Attachment C, as well as a Common Law Copyright Notice-

Attachment B of LND 300-001 SJY and UCC No. 202205098222078, which is a recorded lien for the property in dispute for $3,500,000.00 ($3.5 Million U.S. Dollars). The LEGAL NOTICE AND DEMAND No. LND 300-001 SJY which includes a FEE SCHEDULE was mailed as of 26 of May, 2022 A.D. via United States Postal Service Certified Mail as well as Domestic Return Receipt to ensure a record of its delivery and receipt. LND 300-001 SJY is also on the public record via Index No. EFCA 202000252 admitted in to the public record as of May 23, 2022, in the Broome County Clerk's Office. This LND 300-001 SJY was sent to 13 public officials of Broome County as well as New York State officials, to include New York Secretary of State ROBERT J. RODRIGUEZ vis Registered Mail. The LND 300-001 SJY is also published at the following website on May 31, 2022:

https://www.scribd.com/document/576412624/Sara-Judith-Yarbrough-LND-300-001-SJY-BROOME-COUNTY-NY-EFCA-20200002521.

## VI    STATEMENT OF CLAIM

**1.** On May 25, 2023, Chief Civil Deputy of the Broome County Sheriff's Office, Jesse Genter served me with a "14 DAY NOTICE TO VACATE" dated May 25, 2023 along with a WARRANT (of Eviction) signed by Edward Beecher, Justice of the Town of Barker with a date of May 16, 2023. This NOTICE TO VACATE shall be enforced on June 8, 2023.

**2.**    On May 16, 2023 Town of Barker Justice Edward Beecher issued a WARRANT OF EVICTION after a hearing petitioned by defendant ROBERT D. VOORHIS. The preponderance of the evidence I presented on the verified answer clearly showed that Mr. Voorhis was not the legal owner of the property in dispute located at 52 Alexander Road Chenango Forks, New York. The first hearing was initially scheduled for April 18,

2023. Judge Beecher called me on April 18, 2023 at approximately 9 A.M. on the telephone notifying me he was to adjourn the hearing scheduled for 10 A.M. that day claiming he had to send my verified answer of the hearing in question to the Broome County Attorney for review.

3. On July 21, The Broome County Legislature (named as defendants) under Permanent Resolution 2022-299 authorized the transfer of my private property from Broome County to the winning bidders of the properties of the county tax sale auction which was conducted by Manasse and Son Auctioneers (defendant) conducted at Whitney Point, NY on July 8, 2022. The winning bidder was defendant Robert D. Voorhis. Both Manasse and Son Acutioneers and Mr. Voorhis were in mailed/handed LND 300-001 SJY which included UCC No. UCC No. 202205098222078, a recorded lien for the property in dispute for $3,500,000.00 ($3.5 Million U.S. Dollars). The Resolution was signed by County Executive Jason T. Garnar (defendant).

4. On December 2, 2020, Broome County Judge, Joseph F. Cawley (defendant) signed a Judgement of Foreclosure under Index No. EFCA2018002908 after a motion by Robert G. Behnke, Broome County's Attorney (defendant). This judgement contains the list of foreclosed properties to be transferred into the possession of Michael T. Decker, Broome County Director of Real Property Service/Enforcement (defendant), to recorded in a Deed in Book D2638 page 454 dated December 2, 2022. However, upon close examination of this Deed which contains the list of properties Broome County took possession of, it can be clearly surmised that Tax map No. 49.03-2-2.1(52 Alexander Road in Chenango Forks, NY) is not listed as a property being transferred to

the Town of Barker/Broome County. Therefore, Broome County never took legal possession of my property in order to sell it to Mr. Voorhis.

5.  As a consequence, the quitclaim Deed issued to Mr. Voorhis as the buyer at the tax sale auction is null and void, nonexistent, since Tax Map No. 49.03-2-2.1 (my property) is not listed in Broome County's deed. It is this evidence that I provided to the Town of Barker Judge, Edward Beecher, in my verified answer when he adjourned the hearing on April 18, 2023 and send said documents to County' Attorney Robert G. Behnke for review.

6.  After Broome County sold my private property to Mr. Voorhis at a tax sale auction on July 8, 2022, Mr Decker, Broome County Director of Real Property Service issued a CERTIFICATE OF WIDTHDRAWAL of Tax Map No. 49.03-2-2.1 from Broome County, to me, Sara J Yarbrough in a DEED recorded in Book L238, page 1343 as Instrument No. 202200025959 dated October 6, 2022 citing the reason for the CERTIFICATE OF WIDTHDRAWAL as "There is a reason to believe there may be an impediment to the enforcement of tax lien affecting said parcel".

7.  Broome County has sold my property to Mr. Voorhis under a quitclaim deed which does not guarantee the property free of encumbrances. The property recorded in the county as Tax Map No. 49.03-2-2.1 is liened in the New York commercial registrey for $3,500,000.00 under UCC No. 202205098222078 and Broome County was notified of this fact.

8.  On various occasions while I attempted to establish my standing in the foregoing foreclosure process, the Office of the Clerk of the County Joseph A. Mihalko. I myself argued directly with Mr. Mihalko for the Clerk's office refusal to record my documents.

On July 15, 2022 I was the object of a second refusal of service, thus obstruction of due process under the law when I requested to notarized documents. On one occasion the Deputy Clerk himself refuse to record my documents. IN general, whenever I requested to file, they would walk back to the Broome County's Attorney and have him read my documents and then refuse to file/record so my standing in the law during the foreclosure proceedings would be recorded for the public record. ON one occasion, after a refusal in the Office of the Clerk, I mailed my documents Registered Mail. The Broome County Police who guard the building were send after me in several occasions, so they have been witness to the denial of service which in reality is denial of due process. The Broome County Police even required me to register at the security office before enter the County building. Furthermore, the LND 300-001 SJY mentioned above has notice directed at the Broome County Clerk's Office titled, "NOTICE TO BROOME COUNTY REGISTER OF DEEDS CLERKS" in order to warn the Clerk's office of potential infringement of my Rights under Title 18 USC 2071 and 2076.

| VII | PRAYER FOR RELIEF |
|---|---|

1.   My inherent Natural Rights protected under the U. S. Constitution, as well as my Civil Rights are my property, thus my property rights. The defendants were duly warned, notified, and advised of their liability should they infringe/ infringe on my property rights. This suit is to enforce my property rights and personal injury and damages I have incurred as a result of willful and intentional negligence those in the public office and their contractor, assigns, and individual with the charge and fiduciary duty as trustee to protect ALL my Rights. The liability for the violation of my rights is

$700,000.000.00 (Seven hundred million) United States Dollars in .999 Fine silver Dollars coins minted by the United States Mint.

2.  The basis for such amount is the fee for violations as stated in the FEE SCHEDULE included in the LND 300-001 SJY on the public record and mailed/or handed to the defendants since May 26, 2022. The amount includes punitive damages for personal injury to include the inflicted emotional distress I endured as a result of these proceedings. Personal injuries are calculated as seven times the violations stipulated in the FEE SCHEDULE included in LND 300-001 SJY. This amount above includes my hourly charge to prepare my defense against these proceedings throughout the length thereof. I reserve my right to adjust the amount requested as prayer for relief. All defendants are liable jointly and severally for the violations to my property rights unless specifically denoted in writing. TESTE MEIPSO -

**VII**                    **VERIFICATION**

I, Sara-Judith: Yarbrough, Beneficiary, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 6th day of the Month of June in the year of Our Lord Two thousand twenty-three.

by: _____
Sara-Judith: Yarbrough, Beneficiary
All rights reserved UCC 1-207/308

JURAT

New York State        )
                      )  ss:
County of Broome      )

Subscribed and sworn to me Isabela Yarbrough, a Notary Public, on this 6th day of June in the year 2023 AD, before me, Sara-Judith: Yarbrough, proved to me to be the one subscribed to within this instrument.

_____           Seal:   ISABELA YARBROUGH
Notary Signature                                  NOTARY PUBLIC, STATE OF NEW YORK
                                                  No. 01YA6442597
                                                  Qualified in Broome County
                                                  My Commission Expires 10/17/2026